<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7635**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

     versus

ELLOWOOD EUGENE BENNETT,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  Robert Earl Maxwell, Senior District Judge.  (CR-90-78, CA-96-10-2)

———————

Submitted:  December 20, 2001        Decided:  January 9, 2002

———————

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Ellowood Eugene Bennett, Appellant Pro Se. Patrick Michael Flatley, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ellowood Eugene Bennett seeks to appeal the district court's order denying his motions to supplement his 28 U.S.C.A. § 2255 (West Supp. 2001) motion and for relief from judgment. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Bennett, Nos. CR-90-78; CA-96-10-2 (N.D.W. Va. Aug. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2